```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 07945
   MARIO A FIORENZO
   ROSE MARIE FIORENZO                    CHAPTER 13

                                          JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-8733     SSN XXX-XX-1962

-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 03/07/2005 and was confirmed 08/29/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

      The case was paid in full 04/23/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
MORTGAGE CLEARING CORP    CURRENT MORTG          .00            .00            .00
MORTGAGE CLEARING CORP    CURRENT MORTG          .00            .00            .00
AMERICREDIT FINANCIAL SV  SECURED NOT I          .00            .00            .00
ROUNDUP FUNDING LLC       UNSECURED        12360.39            .00       12360.39
MORTGAGE CLEARING CORP    MORTGAGE ARRE    17541.81            .00       17541.81
MORTGAGE CLEARING CORP    MORTGAGE ARRE      571.69            .00         571.69
ARVY J DALLIDE            UNSECURED       NOT FILED            .00            .00
SARA CONNELLY ZERVOS, AT  DEBTOR ATTY            .00                           .00
TOM VAUGHN                TRUSTEE                                         2,116.20
DEBTOR REFUND             REFUND                                          1,542.96

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE               34,133.05

PRIORITY                                             .00
SECURED                                        18,113.50
UNSECURED                                      12,360.39
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                            2,116.20
DEBTOR REFUND                                   1,542.96
                      ---------------          ---------------
TOTALS                34,133.05                34,133.05
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 07945 MARIO A FIORENZO & ROSE MARIE FIORENZO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 05 B 07945 MARIO A FIORENZO & ROSE MARIE FIORENZO